IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN DALE SHEFFIELD,<br>    Petitioner,<br><br>v.<br><br>THE STATE OF TEXAS,<br>    Respondent. | )<br>)<br>)<br>)    No. 3:20-cv-1020-E (BT)<br>)<br>)<br>) |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 3rd day of September, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE